Raenita McKIMM *v.* STATE of Arkansas

742 S.W.2d 114

Supreme Court of Arkansas
Opinion delivered January 13, 1988

*D. Scott Hickam*, for petitioner.

No objection.

PER CURIAM. Petitioner, Raenita McKimm, by and through her attorneys, Hickam & Williams, P.A., has filed a motion for rule on the clerk. Her attorney, D. Scott Hickam, admits that the record was submitted late due to his miscalculation of the seven-month maximum limit for filing the record in this Court. *See* Ark.

R. App. P. 5.

█ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* per curiam dated February 5, 1979, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.